# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI SINGH SANDHU,<br><br>       Plaintiff,<br><br>   v.<br><br>KAPUR C. SANDHU, et al.,<br><br>       Defendants. | Case No.: 1:24-cv-01236-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Lakshmi Sandhu, a former county jail inmate proceeding *pro se*, filed this civil action on October 11, 2024, along with an application to proceed *in forma pauperis*.[1] (Docs. 1, 2.) Plaintiff's application indicates that she has received money from the following sources over the last twelve months: gifts or inheritances and other sources. (Doc. 2 at 2.) However, Plaintiff's form application fails to describe the amount of money received, the "other sources" of money, and what she expects to receive in the future. (*Id.*) Plaintiff's form application also indicates that she has other assets, but she does not identify the value. (*Id.*) Absent this information, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees or costs.

---

[1] According to Plaintiff's application, she is incarcerated in the Fresno County Jail. (Doc. 2 at 1.) However, a recent change of address notice indicates that she is no longer incarcerated. (Doc. 5.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached non-prisoner application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **November 7, 2024**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE